

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hayleyesus Gebru Gebremeskel | **Civil Action No.** 26-cv-01631-BJC-BJW |
| **Plaintiff,** | |
| **V.** | |
| Jeremy Casey, Warden; Kristi Noem; Pamela Jo Bondi; Todd M. Lyons; Jesus Rocha | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court GRANTS the petition for a writ of habeas corpus in part as follows: Respondent shall hold a bond hearing within fourteen days at which the government shall bear the burden of establishing by clear and convincing evidence that Petitioner poses a danger or flight risk, and the immigration judge will consider alternative conditions of release and Petitioner's ability to pay bond. Respondents shall make a complete record of the bond hearing available to Petitioner and his counsel. Respondents are enjoined from transferring Petitioner before a bond hearing takes place and prohibited from invoking the automatic stay provisions under 8 C.F.R. § 1003.19(i)(2). The petition is otherwise denied.

**Date:**        5/7/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  S. Tweedle

S. Tweedle, Deputy